**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR624-009 |
| | ) | |
| DEVION WALLER | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Katie A. Hingerty Borodin** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Katie A. Hingerty Borodin** be granted leave of absence for the following periods: June 1, 2026 through June 26, 2026; July 6, 2026 through July 13, 2026; August 3, 2026 through August 7, 2026; September 11, 2026; October 9, 2026 through October 19, 2026; November 13, 2026; November 20, 2026 through December 1, 2026; December 21, 2026 through January 5, 2027.

**SO ORDERED**, this the 20th day of May, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA